UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of
IGOR RAYKHELSON,

For an Order to Conduct Discovery for
Use in Foreign Proceedings

Case No. 25-mc-_____

---

## DECLARATION OF M. ZACHARY BLUESTONE IN SUPPORT OF *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

I, Michael Zachary Bluestone, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1. I am a shareholder of the law firm Bluestone, P.C., attorneys for petitioner Igor Raykhelson ("Applicant"), and as such, I am fully familiar with the facts and circumstances surrounding the action herein. Unless otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge and/or my review of the documents attached hereto.

2. I respectfully submit this Declaration in support of the Application for judicial assistance pursuant to 28 U.S.C. § 1782 seeking an order authorizing intermediary bank discovery from The Clearing House ("TCH") and certain banks found in this District, as described below, for use in two ongoing criminal proceedings in Russia.

3. I submit this Declaration to provide the Court with information relevant to the requested discovery, the entities found in this District from which discovery is sought, and a basic understanding of the bank's system that process and maintain records concerning U.S. Dollar-denominated wire transfers.

1

**The Requested Discovery**

4. Applicant seeks discovery from: (a) Bank of America, N.A.; (b) Bank of China; (c) Barclays Bank PLC, (d) BNP Paribas, (e) Citibank, N.A., (f) Commerzbank AG, (g) Deutsche Bank Trust Co. Americas, (h) HSBC Bank USA, (i) JPMorgan Chase Bank, N.A., (j) Société Générale, (k) Standard Chartered Bank, (l) Bank of Nova Scotia, (m) The Bank of New York Mellon, (n) UBS AG, and (o) Wells Fargo Bank (the "New York Banks") and (p) The Clearing House Payments Company LLC ("TCH") (collectively, the "Discovery Targets"), which reside or are found in this District.

5. Applicant seeks to obtain documentary evidence from the Discovery Targets, which are in the business of processing U.S. Dollar-denominated wire transfers in New York City and will have processed wire transfers relevant to the issues in the Foreign Proceedings.[1] The Bubnov Declaration explains at length how the records relating to the wire transfers obtained from the Discovery Targets will be useful in the Foreign Proceedings. In short, Applicant seeks documents to rebut the prosecution's fraud allegations in the Foreign Proceedings and establish that RegionProm could not have sold Western Alloy at an inflated price because RegionProm did not purchase Western Alloy in the first place (which is only traded in USD). Bubnov Decl., ¶¶ 46.1-46.4; Raykhelson Decl., ¶¶ 19-20. Thus, if there is no evidence of U.S. Dollar-denominated transfers involving RegionProm at the time when the conspiracy is alleged to have occurred, this will severely undermine the prosecution's arguments and evidence.

6. The discovery sought in this proceeding directly relates to TCH and the New York Banks' U.S. Dollar clearing business in this District—namely, U.S. Dollar-denominated wire

---

[1] Unless otherwise stated, capitalized terms or names not defined herein shall have the same meaning ascribed to them as in the Application for Judicial Assistance.

transfers for which the New York Banks and TCH were involved as originating bank, beneficiary bank, intermediate or correspondent bank to CHIPS or Fedwire, or where the Discovery Targets otherwise facilitated interbank funds transfers, as well as documents relating thereto. Bubnov Decl., ¶¶ 17.1, 42, 45.1. As set forth below, each of the New York Banks and TCH reside or is found in this District.

**The New York Banks and TCH Reside or Are Found Within This District**

7. Based on my personal experience, and my firm Bluestone P.C.'s experience in obtaining bank account and U.S. Dollar-denominated wire transfer records in numerous cases including in the U.S. District Court for the Southern District of New York, the New York Banks act as correspondent or intermediary banks in this District for U.S. Dollar-denominated wire transfers passing from domestic to international banks, and vice versa, maintain records of the transfers sought in this Application, and courts in the District regularly grant requests for the documents sought in this Application.

8. The New York Banks are either participants in the Clearing House Interbank Payments System ("CHIPS"), which is the largest private sector U.S. Dollar clearing system in the world,[2] the Federal Reserve's Fedwire Fund Service ("Fedwire"), or a major participant in the clearing of international U.S. Dollar denominated transfers. A printout from TCH's website providing a list of CHIPS participants is attached hereto as **Exhibit A**, and printouts of Fedwire's website showing some of the New York Banks as Fedwire participants is attached hereto as **Exhibit B**.

---

[2] *See* About CHIPS, The Clearing House, https://www.theclearinghouse.org/payment-systems/chips (last accessed September 16, 2025) (generally describing CHIPS system).

9. Bank of America, N.A. ("BOA") is a financial services institution that regularly transacts business in this District and maintains at least sixty-two (62) branches in New York City, including at 1680 Broadway, New York, NY 10019. BOA in New York City is a CHIPS and Fedwire participant. Exs. A-B.

10. Bank of China has a branch in New York located at 1045 Avenue of Americas, New York, NY 10018. Bank of China's New York branch was established in 1981 as the first Chinese bank operating in the U.S. The branch now serves as the head office for Bank of China's operations in the United States. *See* BOC, https://www.bocusa.com/contact-us/new-york-branch (last accessed September 16, 2025). Bank of China in New York City is a CHIPS and Fedwire participant. Exs. A-B.

11. Barclays Bank PLC is a financial services institution that regularly transacts business in this District and maintains several branches in New York City including at 200 Park Avenue, New York, NY 10016. Barclays in New York City is a CHIPS and Fedwire participant. Exs. A-B. Barclays is also registered with the New York Department of Financial Services ("NYDFS").

12. BNP Paribas is a financial services institution that regularly transacts business in this District and maintains a branch at 787 7th Avenue, The Equitable Tower, New York, NY 10019. BNP in New York City is a CHIPS and Fedwire participant. Exs. A-B. BNP is also registered with the New York Department of Financial Services (NYDFS). BNP in New York City acts as a worldwide correspondent bank for U.S. Dollar-denominated wire transfers passing from domestic banks to international banks (and vice versa). *See BNP Paribas Resolution Plan Public Section*, December 2018, bnp-paribas-2g-20181231.pdf (generally describing BNP's US Dollar

clearing activities in New York at pp.9,19: "the BNPP New York Branch acts as the U.S. dollar warehouse for the Group.") (last accessed September 16, 2025).

13. Citibank, N.A. ("Citibank") is a financial services institution that regularly transacts business in this District and maintains its headquarters at 388 Greenwich Street, New York, New York 10013. *See* Citibank, https://www.citigroup.com/global/about-us/global-presence/united-states (last accessed September 16, 2025). Citibank in New York City is a CHIPS and Fedwire participant. Exs. A-B.

14. Commerzbank AG is a financial services institution that regularly transacts business in this District and maintains an office in New York at 225 Liberty Street, New York, NY 10281. In 2017, Commerzbank celebrated its 50th year of operations in the United States, having been the first branch of a German bank to open in the United States. *See* https://www.commerzbank.de/group/newsroom/press-releases/50-years-newyork.html (last accessed September 16, 2025). Commerzbank in New York City is a CHIPS and Fedwire participant. Exs. A-B.

15. Deutsche Bank Trust Co. Americas is a financial services institution that regularly transacts business in this District and maintains offices at 60 Wall Street, New York, NY 10005 and 28 Liberty Street New York, NY 10005. Deutsche Bank in New York City is a CHIPS participant. Exs. A. Deutsche Bank Trust Co. Americas is also registered with the NYDFS.

16. Deutsche Bank AG, New York is a financial services institution that regularly transacts business in this District. It maintains an office location at 60 Wall Street, New York, NY 10005 and One Columbus Circle, New York, NN, 10019 and Deutsche Bank AG is a CHIPS and Fedwire participant. Exs. A-B. Deutsche Bank AG is also registered with the NYDFS.

17. HSBC Bank USA, N.A. is a financial services institution that regularly transacts business in this District, and, in 2024 it moved its headquarters to The Spiral in Hudson Yards, 66 Hudson Blvd. E, New York, NY 10001. *See HSBC Unveils Innovative New US Headquarters in Hudson Yards, Shaping the Workforce of the Future in New York City*, HSBC, https://www.about.us.hsbc.com/newsroom/press-releases/hsbc-unveils-innovative-new-us-headquarters (last accessed September 16, 2025). HSBC in New York City is a CHIPS participant. Ex. A.

18. JP Morgan Chase Bank, N.A. is a financial services institution that regularly transacts business in this District and maintains its headquarters at 270 Park Avenue, New York, New York 10017. JP Morgan in New York City is a CHIPS and Fedwire participant. Exs. A-B.

19. Societe Generale is a financial services institution that regularly transacts business in this District and maintains its head office at 245 Park Avenue, New York, NY 10167. *See New York Head Office*, Société Générale, https://americas.societegenerale.com/en/locations/worldwide-details/office/societe-generale-branch-americas-securities-llc-locations/ (last accessed September 16, 2025). Societe Generale is a CHIPS and Fedwire participant. Exs. A-B. Société Générale is also registered with the NYDSF.

20. Standard Chartered Bank is a financial services institution that regularly transacts business in this District and maintains at least one branch in New York City at 3 Bryant Park, New York, NY 10036. *See Contact Us*, Standard Chartered, https://www.sc.com/us/contact/ (last accessed September 16, 2025). Standard Chartered in New York City is a CHIPS and Fedwire Participant (Exs. A-B) and is registered with NYDFS.

21. Bank of Nova Scotia is a financial institution that regularly transacts business in this District and maintains several branches including its Head Office at 250 Vesey Street, New

York, NY 10281. *See Global Presence*, Scotiabank, https://www.gbm.scotiabank.com/en/about-overview/our-global-presence.html (last accessed September 16, 2025). Bank of Nova Scotia in New York City is a CHIPS and Fedwire participant. Exs. A-B. Bank of Nova Scotia is also registered with NYDFS.

22. The Bank of New York Mellon is a financial services institution that regularly transact business in this District and maintains its headquarters at 240 Greenwich Street, New York, New York 10286. *See* Contact Us, BNY, https://www.bny.com/corporate/global/en/contact-us.html (last accessed September 16, 2025). BNY Mellon in New York City is a CHIPS and Fedwire participant. Exs. A-B.

23. UBS AG UBS AG ("UBS") is a financial services institution that regularly transacts business in this District and maintains branches in New York City including at 299 Park Avenue, New York, NY 10017. *See* UBS, https://www.ubs.com/locations/united-states/new-york/299-park-avenue/ubs-ag-new-york-branch-699.html (last accessed September 16, 2025). UBS in New York City is a CHIPS and Fedwire participant. Exs. A-B.

24. Wells Fargo Bank, N.A. is a financial services institution that regularly transacts business in this District and maintains branches in New York City, including at 185 Broadway, New York, NY 10007. Wells Fargo in New York City is a CHIPS and Fedwire participant. Exs. A-B.

25. TCH provides both transmission of instruction messages and settlement of funds between financial institutions that is used to process international U.S. Dollar funds transfers made among international banks. TCH maintains its headquarters in New York City at 1114 Avenue of the Americas, New York, NY 10036.

26. The temporal scope of the discovery sought here is likely within TCH and the New York Banks' document retention policies. The New York Banks and TCH keep electronic records of U.S. Dollar denominated wire transfers and are thus able to easily search and produce these records and have done so in response to dozens of subpoenas I have executed in connection with numerous domestic litigations, and in Section 1782 applications such as this.

27. The New York Banks and TCH produce such records routinely and without significant cost or objection, and begin producing these records as early as two to three weeks after receipt of the subpoena.

28. CHIPS participants process ~95% of the U.S. leg of USD international payment transfers, and as such, there is a high likelihood that a payment sought in the Application will be captured by subpoenas issued to the Banks listed herein, which, in the undersigned's experience, are the largest processors of USD payments among CHIPS participants. **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2025

By: */s/ M. Zachary Bluestone*
M. Zachary Bluestone