# EXHIBIT B

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BANK OF AMERICA, N.A., NY
**Location:** NEW YORK, NY
**Routing Number:** 0260-0959-3
**Telegraphic Name:** BK AMER NYC
**Revised:** November 13, 2003
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BANK OF CHINA
**Location:** NEW YORK, NY
**Routing Number:** 0260-0326-9
**Telegraphic Name:** BK OF CHINA NYC
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BNP PARIBAS FORTIS
**Location:** NEW YORK, NY
**Routing Number:** 0260-1376-7
**Telegraphic Name:** BNP PARIBAS FORTIS
**Revised:** March 7, 2019
**Book-Entry Securities:** Eligible
**Funds:** Settlement Only

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** THE BANK OF NEW YORK MELLON
**Location:** NEW YORK, NY
**Routing Number:** 0110-0123-4
**Telegraphic Name:** BK OF NYC
**Revised:** April 24, 2017
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** DEUTSCHE BANK TRUST CO. AMERICAS
**Location:** NEW YORK, NY
**Routing Number:** 0210-0103-3
**Telegraphic Name:** DBTCO AMERICAS NYC
**Revised:** September 9, 2002
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** JPMORGAN CHASE BANK, NA
**Location:** NEW YORK, NY
**Routing Number:** 0210-0002-1
**Telegraphic Name:** JPMCHASE
**Revised:** November 12, 2004
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** CHINA MERCHANTS BANK., LIMITED
**Location:** NEW YORK, NY
**Routing Number:** 0260-1455-9
**Telegraphic Name:** CHINA MERCHANTS
**Revised:** September 30, 2009
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** CITIBANK, N.A.
**Location:** NEW YORK, NY
**Routing Number:** 0210-0008-9
**Telegraphic Name:** CITIBANK NYC
**Revised:** June 22, 2012
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** COMMERZBANK AG, NEW YORK BRANCH
**Location:** NEW YORK, NY
**Routing Number:** 0260-0804-4
**Telegraphic Name:** COMMERZBANK NYC
**Revised:** September 23, 2011
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** DEUTSCHE BANK, A.G.
**Location:** NEW YORK, NY
**Routing Number:** 0260-0378-0
**Telegraphic Name:** DEUTSCHE BK NY
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** SOCIETE GENERALE
**Location:** NEW YORK, NY
**Routing Number:** 0260-0422-6
**Telegraphic Name:** SOCIETE GEN
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** STANDARD CHARTERED BANK LIMITED
**Location:** NEW YORK, NY
**Routing Number:** 0260-0256-1
**Telegraphic Name:** STANDARD CHART
**Revised:** August 19, 2002
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** STATE BANK OF INDIA
**Location:** NEW YORK, NY
**Routing Number:** 0260-0914-0
**Telegraphic Name:** ST BK INDIA NYC
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** STATE STREET BANK & TRUST CO, NA
**Location:** NEW YORK, NY
**Routing Number:** 0260-0916-6
**Telegraphic Name:** ST BOS SEC NYC
**Revised:** March 14, 2025
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** WELLS FARGO NY INTL
**Location:** NEW YORK, NY
**Routing Number:** 0260-0509-2
**Telegraphic Name:** WELLSFARGO NY INTL
**Revised:** November 7, 2014
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is September 15, 2025.