# EXHIBIT C

he CHIPS® network, the largest private sector high-value clearing and settlement system in the world, is leading the
uidity efficiency and delivering significant economic benefits to participants. In 2024, the CHIPS liquidity algorithm dr
n annualized economic savings, equating to $14.27 million per day, proving itself as an indispensable asset to the gl

tes fluctuate and institutions strive for greater efficiency, the CHIPS network continues to outpace other traditional hi
ems. In 2024, its liquidity efficiency increased to 29:1 from 26:1 in 2023, meaning that every $1 in intra-day funding s
e.

impact is undeniable. CHIPS facilitated an average of **$321 billion in daily liquidity savings** in 2024, allowing insti
al that would otherwise be locked up in less efficient payment processes. This unparalleled efficiency empowers bar
resources into other activities, such as lending and investments, thus driving broader economic growth and stability.

t cost savings, the CHIPS network supports financial stability. By maximizing liquidity efficiency, the network provides
th the flexibility to manage unexpected market shifts and mitigate systemic risks. In times of economic stress, this ac
able, ensuring that liquidity remains accessible when it's needed most.

s the participating banks to recycle liquidity earlier in the operating day, which can be important during times of finan
often becomes scarce," said Michael Knorr, Senior Vice President, CHIPS Product Management at The Clearing H
ants join the CHIPS network, the liquidity savings will increase as more volume and value are added to the system."

tutions in the U.S. and around the world rely on the CHIPS network to clear and settle USD payments reliably and w
ality. The CHIPS network's patented liquidity savings algorithm matches and offsets payments continually, resulting
cient settlement process. The CHIPS network is the premier USD clearing platform for international payment activity
y 95% of CHIPS payments representing the USD leg of a funds transfer that begins and/or ends in another country.
k of correspondent banking relationships across its participants, CHIPS also has the capacity and reach to satisfy e
-value payment need.

###

**learing House**

House operates U.S.-based payments networks that clear and settle more than $2 trillion each day through wire, AC
stant payments. It is the nation's most experienced payments company, with a long track record of providing secure
ments innovation, and strategic thought leadership to financial institutions. In 2017, The Clearing House revolutioniz
introducing the RTP® network, which supports the immediate clearing and settlement of payments, along with the ab
ated payment information across the same secure channel. These RTP capabilities enable all financial institutions to
harter digital transaction services for their corporate and retail customers. Learn more at **www.theclearinghouse.or**

ct:
eeney
House
2