**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IN RE: APPLICATION OF IGOR
RAYKHELSON, FOR AN ORDER TO
CONDUCT DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS,

                                      25 **MC** 0427 (VSB) (VF)

                                           **JUDGMENT**

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 2, 2026, the Court adopts the Report &

Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        June 3, 2026

                                    **TAMMI M. HELLWIG**
                                    _____
                                        **Clerk of Court**

                   **BY:** _____
                                   **Deputy Clerk**